[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-11729

Non-Argument Calendar

_____

DEMETRIUS L. CRAWFORD,

Plaintiff-Appellant,

*versus*

BOSEDE OGULEYE,
Executive Assistant,
JENNIFER LEONARD,
Executive,
DONTRELL FOSTER,
CEO,
LARRY WILLIAMS,
Director of Housing,

2                    Opinion of the Court                    25-11729

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:25-cv-00100-NAD

_____

Before JORDAN, LUCK, and ABUDU, Circuit Judges.

PER CURIAM:

Demetrius Crawford, *pro se*, appeals from the magistrate judge's May 15, 2025, order directing him to file an amended complaint. That order was not final and appealable, however, because it did not end the litigation on the merits. *See* 28 U.S.C. § 1291; *Acheron Cap., Ltd. v. Mukamal*, 22 F.4th 979, 986 (11th Cir. 2022) (stating that an appealable final order ends the litigation on the merits and leaves nothing for the court to do but execute its judgment). The May 15 order warned that the case might be dismissed if Crawford did not amend his complaint, but it did not dismiss his complaint, and his claims remain pending before the district court. Additionally, the order is not effectively unreviewable on appeal from a final judgment. *See Plaintiff A v. Schair*, 744 F.3d 1247, 1252-53 (11th Cir. 2014) (explaining that a ruling that does not conclude the litigation may be appealed under the collateral order doctrine if it, *inter alia*, is "effectively unreviewable on appeal from a final judgment").

25-11729              Opinion of the Court                3

Accordingly, this appeal is DISMISSED, *sua sponte*, for lack of jurisdiction.